# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donald Lee Sapp, Jr. ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-405

North Carolina Department of Corrections,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2011 Order.

                                          Signed: November 9, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court